# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

MATTHEW L. RUSH                                                    PLAINTIFF

v.                  Case No. 2:16-CV-2270

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                    DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 15) from United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 2nd day of February, 2018.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE